IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAWRENCE BOYLE,** : | |
|         **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 15-195** |
| : | |
| **CITY OF PHILADELPHIA,** *et al.* : | |
|         **Defendants.** : | |

## ORDER

**AND NOW,** this 14th day of March 2016, upon consideration of Defendants' Second Motion to Dismiss for Failure to State a Claim [Doc. No. 14], and the response thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. The Amended Complaint is **DISMISSED**. It is further **ORDERED** that Plaintiff may file a motion for leave to file a second amended complaint within 21 days. Any such motion must include a proposed second amended complaint as an exhibit. It is further **ORDERED** that the Clerk is directed to **CLOSE** the case for statistical purposes.

It is so **ORDERED.**

                                                    **BY THE COURT:**

                                                  **/s/Cynthia M. Rufe**
                                                  _____
                                                  **CYNTHIA M. RUFE, J.**